THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RENE RESEK, Appellant.

Submitted February 17, 2004; decided February 19, 2004

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 45 West 45th Street, 7th Floor, New York, NY 10036 assigned as counsel to the appellant on the appeal herein.